IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DONNELL FLOURNOY, #126 385, | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-378-TMH (WO) |
| BEN BRUNER, | * | |
| Defendant. | * | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #7) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 6th  day of September, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE